IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:01CV199-MU

IN RE:                        )
                              )
SUSAN LAURIE VITALE           )           ORDER
_____)

    This matter is before the court upon its own motion. The court is informed that this case has been terminated by the bankruptcy court on August 5, 2003. Accordingly, this court directs the Clerk's Office to close the district court case.
    IT IS SO ORDERED.

**Signed: September 15, 2005**

Graham C. Mullen
Chief United States District Judge